UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SPORTBRAIN HOLDINGS LLC,<br><br>Plaintiff,<br><br>v.<br><br>PEBBLE TECHNOLOGY, CORP. d/b/a<br>PEBBLE DEVICES, CORP.,<br><br>Defendant. | Case No. 1:16-cv-610 |

## JOINT MOTION FOR ENTRY OF AN ORDER REFLECTING THE STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Sportbrain Holdings LLC and defendant Pebble Technology, Corp., parties to this legal action, by and through their attorneys, do hereby jointly move for an order approving their stipulation as follows:

1. All claims are dismissed with prejudice.

2. Each party is to bear its own costs and attorneys' fees with respect to this legal action and the entry of this Stipulation and Order of Dismissal with Prejudice.

3. The Court may enter an Order adopting this Stipulation of Dismissal (with Prejudice) and Proposed Order Thereon as the Order of the Court.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SPORTBRAIN HOLDINGS LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PEBBLE TECHNOLOGY, CORP. d/b/a<br>PEBBLE DEVICES, CORP.,<br><br>　　　　　Defendant. | Case No. 1:16-cv-610 |

## ORDER OF DISMISSAL WITH PREJUDICE

　　Plaintiff Sportbrain Holdings LLC and defendant Pebble Technology, Corp., parties to this legal action, by and through their attorneys, jointly moved for an order approving their stipulation. After consideration of such motion, it is hereby GRANTED, and it is ORDERED that:

　　1.　　All claims are dismissed with prejudice; and

　　2.　　Each party is to bear its own costs and attorneys' fees with respect to this legal action and the entry of this Stipulation and Order of Dismissal with Prejudice.